```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| HARRIET MURPHY and WILLIAM MURPHY, individually and on behalf of a class of similarly-situated individuals,<br>    Plaintiffs, | )<br>)<br>)<br>)<br>) |
| vs | ) Civil Action No. 06-1343 |
| MID EAST OIL COMPANY, a Pennsylvania corporation, et al.,<br>    Defendants. | )<br>)<br>)<br>) |

<u>O   R   D   E   R</u>

AND NOW, this 14th day of February, 2007, after the plaintiffs filed a complaint in the above-captioned case, and after the defendants submitted a partial motion to dismiss the complaint, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendants' partial motion to dismiss the complaint (Document No. 20) is granted as to Counts III and IV and denied in all other respects.

                                          BY THE COURT:

                                          s/ Terrence F. McVerry
                                          United States District Judge

cc:       All Counsel of Record

           Honorable Robert C. Mitchell
           United States Magistrate Judge